UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL-SHANLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>REKLAW, L.L.C.,<br>a Georgia Limited Liability Company,<br><br>and<br><br>ARTHUR W. WALKER,<br>an Individual,<br><br>Defendants.<br>_____/ | CASE NO.: 1:21-cv-00985-JPB |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff and Defendants have reached an agreement regarding all substantive issues in dispute. The parties are currently in the process of reducing their agreement to writing and obtaining their respective client's signatures. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days and request that all deadlines and/or hearings be adjourned in the interim.

Dated: May 6, 2021

1

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| /s/ John A. Moore             . | /s/Perry A. Phillips             . |
| John A. Moore, Esq. | Perry A. Phillips, Esq. |
| Georgia Bar No.: 519792 | Georgia Bar No. 576550 |
| Of Counsel | Perry A. Phillips, LLC |
| The Moore Law Group, LLC | 358 Roswell Street |
| 1745 Martin Luther King Jr., Drive | Suite 1130 |
| Atlanta, GA 30314 | Marietta, GA 30060 |
| Tel.: (678) 288-5601 | Tel: (770) 421-6040 |
| Fax: (888) 553-0071 | Fax: (770) 373-4311 |
| jmoore@moorelawllc.com | pphillips@pwrlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

Perry A. Phillips, Esq.
Perry A. Phillips, LLC
358 Roswell Street
Suite 1130
Marietta, GA 30060

/s/ John A. Moore
John A. Moore, Esq.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing **JOINT NOTICE OF SETTLEMENT** has been prepared in compliance with Local Rule 5.1(B) in 14-point Times New Roman type face.

This 6th day of May, 2021.

                                          /s/ John A. Moore
                                          John A. Moore, Esq.
                                          Georgia Bar No. 519792
                                          The Moore Law Group, LLC
                                          1745 Martin Luther King Jr., Drive
                                          Atlanta, Georgia 30314
                                          Fax: (888) 553-0071
                                          Tel: (678) 288-5601
                                          jmoore@moorelawllc.com
                                          *Attorney for Plaintiff*