UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL-SHANLEY, an individual,<br><br>        Plaintiff,<br>vs.<br><br>REKLAW, L.L.C., a Georgia Limited Liability Company,<br><br>        Defendant.<br>_____/ | CASE NO.: 1:21-cv-00985-JPB |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS WITH PREJUDICE**

Plaintiff, Tamara Jean Farrell-Shanley ("Plaintiff") and Defendant Reklaw, L.L.C. ("Defendant") (collectively, the "Parties") hereby file the foregoing Joint Stipulation seeking the Court's Approval of the Parties' Consent Decree and to Dismiss the instant matter with Prejudice. In support thereof, the Parties respectfully show the Court as follows:

    1.    Plaintiff filed the instant cause of action alleging that a certain Facility and Property owned and/or operated by Defendant (as defined in Plaintiff's Complaint) violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

    2.    The matters raised by Plaintiff's Complaint have been resolved in

accordance with the Consent Decree ("Decree") attached hereto as Exhibit "A."

3. In accordance therewith, the Parties request that the Court review, approve and ratify the Decree. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Decree. *See American Disability Ass'n, Inc. v. Chmielarz*, 289 F.3d 1315 (11th Cir. 2002). This Agreement is conditioned upon the Court's retaining jurisdiction to enforce said Decree.

4. As part of the Decree reached between the Parties, Plaintiff has agreed to dismiss this case with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Decree, that this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

5. Except as otherwise stated in the Decree, each party shall bear their own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the attached Decree, dismissing the claims asserted by Plaintiff against Defendant with prejudice, and retaining jurisdiction to enforce the Decree.

Dated: June 15, 2021.

Respectfully Submitted,	Respectfully Submitted,


/s/ John A. Moore                .	/s/Perry A. Phillips                .
John A. Moore, Esq.	Perry A. Phillips, Esq.
Georgia Bar No.: 519792	Georgia Bar No. 576550
Of Counsel	Perry A. Phillips, LLC
The Moore Law Group, LLC	358 Roswell Street
1745 Martin Luther King Jr., Drive	Suite 1130
Atlanta, GA 30314	Marietta, GA 30060
Tel.: (678) 288-5601	Tel: (770) 421-6040
Fax: (888) 553-0071	Fax: (770) 373-4311
jmoore@moorelawllc.com	pphillips@pwrlaw.com

*Attorneys for Plaintiff*	*Attorneys for Defendant*