# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TAMARA JEAN FARRELL-SHANLEY, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> REKLAW, L.L.C., a Georgia Limited Liability Company, <br><br> Defendant. | CASE NO.: 1:21-cv-00985-JPB |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "A," and for good cause shown, it is hereby ORDERED and ADJUDGED that the Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice is GRANTED. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

LET IT BE SO ORDERED, this 16th day of June, 2021.

**J. P. BOULEE**
United States District Judge

1